```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
                                  :        **17 CR 465(VM)**
         -against-                :        **DECISION AND ORDER**
                                  :
ANTHONY MARTINEZ,                 :
                                  :
                    Defendant.    :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

On April 29, 2020, defendant Anthony Martinez ("Martinez") moved this Court for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (See Dkt. No. 52.)

On October 22, 2020 the Court denied Martinez's motion. (Dkt. No. 53.) On November 5, 2020, the Court received notice that the Order, denying Martinez's motion, was not successfully delivered. (Dkt. No. 54.)

The Clerk of Court is respectfully directed to mail a copy of the Court's previous Order (Dkt. No. 53) and this Order to Anthony Martinez, Register Number 68205-054, USP Canaan, U.S. Penitentiary, P.O. Box 300, Waymart, PA 18472, and note service on the docket.

**SO ORDERED.**

Dated: New York, New York
       10 November 2020

_____
Victor Marrero
U.S.D.J.

1