**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2026
```

UNITED STATES OF AMERICA,

                      Plaintiff,

        - against -

ANTHONY MARTINEZ,

                    Defendant.

**17-cr-00465  (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant Anthony Martinez ("Martinez") seeks early termination of his terms of supervised release. (See Dkt. No. 62.) On October 12, 2018, Martinez was sentenced to 71 months' incarceration for distribution and possession with intent to distribute a controlled substance, 21 U.S.C. § 841(a)(1) and (b)(1)(C). Additionally, because this conviction represented a violation of supervised release from a prior case, No. 12 CR 31, the Court imposed an 18-month sentence to run consecutively with the 71-month sentence. The Court also imposed concurrent three year-terms of supervised release in both cases.

Having reviewed Martinez's and the Government's submissions, the Court finds that early termination is not warranted at this time, largely for the reasons articulated by the Government. (See Dkt. No. 64.) The Court suggests that Martinez considers alternatives to early termination of his

terms of supervised release, such as seeking to extend the limits of his supervision or requesting a transfer of his supervision to another district. Martinez's request is therefore **DENIED**.

**SO ORDERED.**

Dated:     6 January 2026
           New York, New York

_____
Victor Marrero
U.S.D.J.